# Denis J Olson Relationship Map



EXHIBIT A