Denis Olson "Consulting" Transfers Chart, Exhibit E, at 1

## DENIS OLSON "CONSULTING" TRANSFERS

| Transfer Date | Payee | Transfer Amount |
|---|---|---|
| 9/16/2019 | Denis Olson | $13,618.97 |
| 10/15/2019 | Denis Olson | $13,618.97 |
| 11/15/2019 | Denis Olson | $13,618.97 |
| 3/16/2020 | Denis Olson | $13,618.97 |
| 5/31/2020 | Denis Olson | $13,618.97 |
| 6/15/2020 | Denis Olson | $13,618.97 |
| 7/16/2020 | Denis Olson | $13,618.97 |
| 8/17/2020 | Denis Olson | $13,618.97 |
| 9/24/2020 | Denis Olson | $13,618.97 |
| 10/9/2020 | Denis Olson | $12,089.30 |
| 10/15/2020 | Denis Olson | $13,618.97 |
| 11/16/2020 | Denis Olson | $13,618.97 |
| 11/16/2020 | Denis Olson | $4,825.00 |
| 12/29/2020 | Denis Olson | $13,618.97 |
| 12/29/2020 | Denis Olson | $4,825.00 |
| 1/15/2021 | Denis Olson | $4,825.00 |
| 1/31/2021 | Denis Olson | $13,618.97 |
| 2/17/2021 | Denis Olson | $4,825.00 |
| 2/17/2021 | Denis Olson | $13,618.97 |

| Date | Payee | Amount |
|---|---|---|
| 3/17/2021 | Denis Olson | $4,825.00 |
| 3/17/2021 | Denis Olson | $13,618.97 |
| 4/14/2021 | Denis Olson | $2,337.50 |
| 4/17/2021 | Denis Olson | $13,618.97 |
| 4/17/2021 | Denis Olson | $4,825.00 |
| 5/13/2021 | Denis Olson | $6,844.23 |
| 5/17/2021 | Denis Olson | $13,618.97 |
| 5/17/2021 | Denis Olson | $9,500.00 |
| 6/17/2021 | Denis Olson | $13,618.97 |
| 6/17/2021 | Denis Olson | $9,500.00 |
| 7/17/2021 | Denis Olson | $13,618.97 |
| 7/17/2021 | Denis Olson | $4,825.00 |
| 8/17/2021 | Denis Olson | $13,618.97 |
| 8/17/2021 | Denis Olson | $4,825.00 |
| 8/17/2021 | Denis Olson | $4,675.00 |
| 8/17/2021 | Denis Olson | $1,175.00 |
| 9/15/2021 | Denis Olson | $24,293.97 |
| 10/15/2021 | Denis Olson | $24,293.97 |
| 11/15/2021 | Denis J. Olson Holding Company, LLC | $24,293.97 |
| 12/15/2021 | Denis J. Olson Holding Company, LLC | $4,675.00 |
| 12/15/2021 | Denis J. Olson Holding Company, LLC | $4,825.00 |
| 12/15/2021 | Denis J. Olson Holding Company, LLC | $13,618.97 |
| 12/15/2021 | Denis J. Olson Holding Company, LLC | $1,175.00 |

Denis Olson "Consulting" Transfers Chart, Exhibit E, at 3

| Date | Payee | Amount |
|---|---|---|
| 1/31/2022 | Denis Olson | $24,293.97 |
| 2/15/2022 | Denis Olson | $24,293.97 |
| 3/29/2022 | Denis J. Olson Estate | $24,293.97 |
| 5/3/2022 | Denis J. Olson Estate | $24,293.97 |
| 5/31/2022 | Denis J. Olson Estate | $24,293.97 |
| 6/30/2022 | Denis J. Olson Estate | $24,293.97 |
| 7/15/2022 | Denis J. Olson Holding Company, LLC | $24,293.97 |
| 8/16/2022 | Denis J. Olson Estate | $24,293.97 |
| 9/9/2022 | Denis J. Olson Estate | $24,293.97 |
| 10/15/2022 | Denis J. Olson Estate | $24,293.97 |
| 12/2/2022 | Denis J. Olson Estate | $24,293.97 |
| 1/5/2023 | Denis J. Olson Estate | $24,293.97 |
| 2/2/2023 | Denis J. Olson Estate | $24,293.97 |
| 3/9/2023 | Denis J. Olson Estate | $24,293.97 |
| 3/24/2023 | Denis J. Olson Estate | $24,293.97 |
| 4/12/2023 | Denis J. Olson Estate | $24,293.97 |
| 6/1/2023 | Denis J. Olson Holding Company, LLC | $24,293.97 |
| 6/7/2023 | Denis J. Olson Holding Company, LLC | $24,293.97 |
| 6/30/2023 | Denis J. Olson Holding Company, LLC | $24,293.97 |
| 7/31/2023 | Denis J. Olson Holding Company, LLC | $24,293.97 |
| 8/31/2023 | Denis J. Olson Holding Company, LLC | $24,293.97 |
| 9/30/2023 | Denis J. Olson Holding Company, LLC | $24,293.97 |
| 10/31/2023 | Denis J. Olson Holding Company, LLC | $25,793.97 |

Denis Olson "Consulting" Transfers Chart, Exhibit E, at 4

| | | |
|---|---|---|
| 11/30/2023 | Denis J. Olson Holding Company, LLC | $21,674.93 |
| 12/29/2023 | Denis J. Olson Holding Company, LLC | $19,943.97 |
| 1/31/2024 | Denis J. Olson Holding Company, LLC | $19,943.97 |
| 2/29/2024 | Denis J. Olson Holding Company, LLC | $19,943.97 |
| 3/31/2024 | Denis J. Olson Holding Company, LLC | $19,943.97 |
| 4/30/2024 | Denis J. Olson Holding Company, LLC | $19,943.97 |
| | **TOTALS** | **$1,135,932.40** |